UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE POWELL,<br><br>            Petitioner,<br><br>vs.<br><br>GERAL ROZUM, et al.,<br><br>            Respondents. | CIVIL ACTION<br><br>No. 05-594 |

**ORDER**

On this ____ day of December, 2005, upon careful and independent consideration of the petition for a Writ of Habeas Corpus, and after review of United States Magistrate Judge Linda K. Caracappa's Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a Writ of Habeas Corpus is DENIED;

3. There is no basis for the issuance of a certificate of appealability;

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
Pollak, J.